UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-23381-cv-GOLD/GOODMAN

STEPHEN L. WHITE,

    Plaintiff,

v.

DET. DE LA OSA,

    Defendant.
_____/

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Magistrate Judge Goodman's Supplemental Report and Recommendation ("the Supplemental Report"). [ECF No. 89]. In the Supplemental Report, Judge Goodman recommends that the Defendant's Motion to Dismiss be denied without prejudice and that Plaintiff file a third Amended Complaint. Neither Party has filed objections to the Supplemental Report, and the time for doing so has expired. Upon an independent review of the Supplemental Report, the record and applicable case law, as well as noting that no objections have been filed, it is hereby:

ORDERED AND ADJUDGED:

1. The Supplemental Report, [ECF No. 89], is **AFFIRMED AND ADOPTED**.

2. Plaintiff shall file a third Amended Complaint on or before **Friday, February 25, 2011**. The Third Amended Complaint must comply with all of the requirements outlined in the Supplemental Report.

3. Defendant's Motion to Dismiss [ECF No. 80] is **DENIED WITHOUT PREJUDICE**.

4. Defendant shall file a response to Plaintiff's Amended Complaint on or

before **Friday, March 11, 2011**. Defendant's response must comply with all the requirements outlined in the Supplemental Report.

DONE and ORDERED in Chambers in Miami, Florida, this ___ day of January, 2011.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Jonathan Goodman
All counsel of record

Stephen White
# 846849
South Bay Correctional Facility
600 U.S. Highway 27 South
South Bay, FL 33493-2233