UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-23381-CIV-GOLD/GOODMAN

STEPHEN L. WHITE,

    Plaintiff,

v.

DET. DE LA OSA,

    Defendant.

_____

**ORDER REQUIRING EXPEDITED RESPONSE**

**AND RESPONSE TO REQUESTS FOR PRODUCTION**

This cause is before me on (DE# 129) Defendant's Motion to Extend Discovery by 120 Days Solely for Defendant to Conduct Additional Discovery Due to Plaintiff's Failure to Comply with his Discovery Obligations. Based upon a review of the motion and the history of this case, it is hereby **ORDERED and ADJUDGED** as follows:

First, Plaintiff shall respond to Defendant's motion (DE# 129) on an expedited basis within **14 days**. Plaintiff is cautioned that this deadline shall be absolute and is a deadline for the Court's receipt of Plaintiff's response. In other words, Plaintiff's response will be untimely if he mails his response on the fourteenth day. Plaintiff's response will only be timely if the Court actually **receives** a copy within 14 days of today's date. Therefore, Plaintiff must mail his response sufficiently in advance of the deadline to allow for mailing time. The Court cautions the Plaintiff that, should Plaintiff fail to file a timely response, the Court will likely grant Defendant's motion.

The Court notes that on multiple occasions it granted Plaintiff extensions of time to comply with his discovery obligations. Therefore, in addition to any other relevant points,

Plaintiff shall also specifically address why Defendant's request is or is not a fair request.

Second, Plaintiff shall serve responses to Defendant's requests for production within **14 days**. The Court cautions Plaintiff <u>that it will grant him no additional extensions to serve responses</u>. Should Plaintiff fail to serve responses, Defendant shall file a notice with the Court on **Monday, October 24, 2011 at the end of business**, informing the Court of that fact. Defendant shall also describe what discovery sanction, if any, to which he believes he is entitled. Any request for sanctions shall include a short (maximum of 5 pages) memorandum of law in support. The Undersign cautions Plaintiff that, should Defendant demonstrate the requisite entitlement, the Undersigned may recommend that the District Court dismiss his claims as a discovery sanction.

**DONE AND ORDERED**, in Chambers, in Miami, Florida, this 3rd day of October, 2011.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**

**The Honorable Alan S. Gold**

**Stephen L. White**, *pro se*
DC# 846849
Jefferson Correctional Institution
1050 Big Joe Road
Monticello, Florida 32344-0430

**All counsel of record**