UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-23381-CIV-GOLD/GOODMAN

STEPHEN L. WHITE,

    Plaintiff,

v.

DET. DE LA OSA,

    Defendant.

_____

## ORDER DENYING PLAINTIFF'S MOTION TO STRIKE

This cause is before me on Plaintiff's Motion to Strike Defendant's Opposition to Plaintiff's Motion for Relief From Order. [ECF No. 165]. The motion is hereby **DENIED**. Plaintiff is instructed that disagreement with a response in opposition to his motion is not grounds for a motion to strike. Instead, the proper procedure is to file a *reply* in support of the contested motion. Although Plaintiff styled this filing a "motion," it is clearly just a reply in support of his earlier filed [ECF No. 151] Motion for Relief From Order. Consequently, the Court will consider this "motion" when reviewing Plaintiff's earlier Motion for Relief From Order. However, unless Plaintiff has some legitimate, independent ground for entitlement to an order striking a filing by Defendant, Plaintiff should refrain from filing a motion to strike a response to any future motions.

**DONE AND ORDERED**, in Chambers, in Miami, Florida, this 23rd day of January, 2012.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:** The Honorable Alan S. Gold; Stephen L. White, *pro se*; counsel of record